# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 6, 2016

### NO. 03-15-00692-CV

**David Z. Hernandez, Appellant**

**v.**

**Elm Ridge Apartments, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMERTON AND BOURLAND
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on October 8, 2015. The parties have filed an agreed joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of court incurred by that party, both in this Court and the Court below.